**Electronically Filed
Supreme Court
30723
06-OCT-2010
10:02 AM**

NO. 30723

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE GLENN S. HARA, JUDGE OF THE CIRCUIT
COURT OF THE THIRD CIRCUIT, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CIVIL NO. 00-1-0377)

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the September 16, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, October 6, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Del Rosario, assigned by reason of vacancy.